**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAN TANKERSLEY, EDWARD WARKENTINE,<br><br>        Plaintiffs,<br><br>  v.<br><br>DOS PALOS CITY POLICE DEPARTMENT, OFFICER BARRY MANN, OFFICER BRIAN NUNES, and DOES 1-25,<br><br>        Defendants. | CIV- F-03-6438 AWI DLB<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE TO JUNE 10, 2005** |

On May 12, 2005, the Court signed an order granting in part and denying in part Defendants' motion for summary judgment. Included in this order was an order for Plaintiffs to show cause regarding the ripeness of certain claims and the dismissal of Defendant Nunes and the doe defendants. Hearing on the order to show cause was set for the same time as the pre-trial conference, May 27, 2005.

On May 23, 2005, the Court set a new pre-trial conference date of June 10, 2005, due to Plaintiffs' failure to submit a pre-trial conference statement.[1]  In the May 23, 2005, order, the Court did not expressly address the order for Plaintiffs to show cause. The Court, however,

---

[1] Plaintiffs were also warned that continued failure to participate and follow local rules and court orders would likely result in dismissal of the case.

intended to move the order to show cause hearing to June 10, 2005, so as to coincide with the pre-trial conference, and now issues the following order for clarity.

Accordingly, IT IS HEREBY ORDERED that the hearing on the order for Plaintiffs to show cause that was set for May 27, 2005, is VACATED and the hearing is reset to June 10, 2005, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:     May 26, 2005**                             /s/ Anthony W. Ishii
0m8i78                                                  UNITED STATES DISTRICT JUDGE

2