IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN TANKERSLEY, EDWARD WARKENTINE,<br><br>                Plaintiffs,<br><br>    v.<br><br>DOS PALOS CITY POLICE DEPARTMENT, OFFICER BARRY MANN, OFFICER BRIAN NUNES, and DOES 1-25,<br><br>                Defendants. | CIV- F-03-6438 AWI DLB<br><br>ORDER CONTINUING HEARING TO SET TRIAL AND PRE-TRIAL DATES FROM NOVEMBER 4, 2005, TO NOVEMBER 28, 2005 |

    Currently set before the Court is a hearing on November 4, 2005, to set trial and pre-trial dates. Due to the Court's schedule, it has become necessary to continue this hearing to November 28, 2005.

    Accordingly, IT IS HEREBY ORDERED that the hearing to set trial and pre-trial dates that was set for November 4, 2005, is VACATED and the hearing is reset to November 28, 2005, at 2:30 p.m.

IT IS SO ORDERED.

Dated:   November 1, 2005           /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE