**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAN TANKERSLEY, EDWARD WARKENTINE,<br><br>    Plaintiffs,<br><br>  v.<br><br>DOS PALOS CITY POLICE DEPARTMENT, OFFICER BARRY MANN, OFFICER BRIAN NUNES, and DOES 1-25,<br><br>    Defendants. | CIV- F-03-6438 AWI DLB<br><br>**ORDER SETTING SETTLEMENT CONFERENCE FOR JANUARY 12, 2006, BEFORE MAGISTRATE JUDGE** |

  On December 6, 2005, the parties appeared for a status conference. During the status conference, Plaintiff Tankersley indicated that he had accepted a check from Defendants for $60.00, which represented the sum of cash taken during the arrest. Plaintiff Tankersley also indicated that he intended to accept the $140.00 offered by Defendants for the pocketknife that was taken during the arrest, but that was subsequently lost. See Court's Docket at Document No. 56 (letter from Defendants to Plaintiff including a check for $60.00 and an offer of $140.00 for compensation for the lost pocketknife). Plaintiff also indicated that he believed that the remaining claims in this case could be settled and requested that the Court set a settlement conference before Magistrate Judge Beck. Defendant concurred and requested that the Court set a specific settlement conference date. In light of the representations by the parties, the Court

finds that it is appropriate to set a settlement conference date.

  Accordingly, IT IS HEREBY ORDERED that:

1.  The parties are to attend and participate in a settlement conference before Magistrate Judge Beck, Courtroom 5, at 11:00 a.m. on Thursday, January 12, 2006;

2.  The parties are to file a settlement conference statement on or by 4:00 p.m., Thursday, January 5, 2006; and

3.  In the event that the parties are not able reach a settlement in this case, the parties are to contact this Court's Court Room Deputy, Harold Nazaroff, to set a status conference for the purpose of setting a trial date.

IT IS SO ORDERED.

Dated:  December 6, 2005      /s/ Anthony W. Ishii
0m8i78             UNITED STATES DISTRICT JUDGE