IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN TANKERSLEY, EDWARD WARKENTINE,<br><br>             Plaintiffs,<br><br>     v.<br><br>DOS PALOS CITY POLICE DEPARTMENT, OFFICER BARRY MANN, OFFICER BRIAN NUNES, and DOES 1-25,<br><br>             Defendants. | CIV- F-03-6438 AWI DLB<br><br>ORDER CLOSING CASE IN LIGHT OF RULE 41(a)(1)(ii) VOLUNTARY DISMISSAL WITH PREJUDICE |

On January 23, 2006, the parties filed a stipulation for dismissal of this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a). The stipulation is signed by the parties who remain in this case and reads:

    IT IS HEREBY STIPULATED by and between the parties hereto that this matter may be dismissed, with prejudice in its entirety pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

    It is the intention of the parties to submit this stipulation to the United States District Court, Eastern District, asking for an order of dismissal with prejudice.

Accordingly, IT IS HEREBY ORDERED that, in light of the above stipulation, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

**Dated:   January 24, 2006**                     **/s/ Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE

2